**MICHAEL PANCER**
California State Bar No. 43602
105 West "F" Street, Fourth Floor
San Diego, California 92101
Telephone:   (619) 236-1826
Fax:          (619) 233-3221
Email:        mpancer@hotmail.com

Attorney for Defendant
**MICHAEL KRAPCHAN**

FILED

JUN 2 6

CLE...                 ...T COURT
SOUTHE...      ...  ...  ...ALIFORNIA
BY...                      DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>**MICHAEL KRAPCHAN**<br><br>           Defendant. | Case No. 08-mj-01856-NLS<br><br>**DESIGNATION OF COUNSEL OF RECORD**<br><br>Date:      June 26, ~~July 1~~, 2008<br>Time:     9:30 a.m.<br>Courtroom:  F |

      I, Michael Krapchan, do hereby designate Attorney Michael Pancer as my counsel of record in the above-entitled matter.

Dated:   6/26/08                     _____
                                         MICHAEL KRAPCHAN