```
                    FILED
                  JUL 1 8 2008
              CLERK, U.S. DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

'08 CR 2386 JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br> MICHAEL KRAPCHAN (1),       )<br> HASSAN SHIRANI (2),         )<br> RYAN WEDDING (3),           )<br>                             )<br>            Defendants.      )<br>_____) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1)<br>and 846 - Conspiracy to Distribute<br>Cocaine; Title 21, U.S.C.,<br>Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown and continuing up to and including June 13, 2008, within the Southern District of California, and elsewhere, defendants MICHAEL KRAPCHAN, HASSAN SHIRANI, and RYAN WEDDING did knowingly and intentionally conspire and agree with each other and with others known and unknown, to distribute 5 kilograms and more of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

//

OBG:em:San Diego
7/17/08

## FORFEITURE ALLEGATION

### Drug Trafficking Forfeiture

The allegations contained in Count 1 are re-alleged and by reference are fully incorporated herein to allege forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

1. As a result of the commission of the felony offenses alleged in Count 1, a violation punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), defendants MICHAEL KRAPCHAN, HASSAN SHIRANI, and RYAN WEDDING shall, upon conviction, forfeit to the United States all their rights, title, and interest in all property constituting, and derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the commission of the violations alleged in Count 1 of this Indictment, and all property used and intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count 1 of this indictment, including but not limited to the following:

    a. A sum of money equal to $121,695.00 in United States currency, representing the amount of proceeds obtained as a result of the conspiracy to distribute cocaine as described in Count 1, for which the defendants charged in Count 1 are jointly and severally liable;

    b. Approximately $100,000.00 in U.S. currency seized on June 15, 2008 from Comfort Inn, Room #304, 20157 Ventura Blvd., Woodland Hills, California (a hotel room registered to defendant RYAN WEDDING);

//

   c. Approximately $3,000.00 in U.S. currency seized from defendant RYAN WEDDING;

   d. Approximately $17,000.00 in U.S. currency;

   e. Approximately $125.00 in U.S. currency seized from defendant MICHAEL KRAPCHAN; and

   f. Approximately $1,570.00 in U.S. currency seized from defendant HASSAN SHIRANI.

  3. If any of the forfeitable property referred to above as a result of any act or omission of the defendants:

   a. Cannot be located upon the existence of due diligence;

   b. Has been transferred or sold to or deposited with a third person;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeited property.

  DATED: July 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
  ORLANDO B. GUTIERREZ
  Assistant U. S. Attorney

3