UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.08cr2386 JM |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTION TO |
| | ) | CONTINUE MOTION HEARING |
| MICHAEL KRAPCHAN, | ) | [Docket No. 23] |
| | ) | |
| Defendants. | ) | |

  Defendant's Motion to Continue the Motion Hearing date currently scheduled before Judge Miller on August 15, 2008 is hereby DENIED without prejudice. A further request may be granted once a motion has been filed by either party that will toll the speedy trial clock.

  IT IS SO ORDERED.

DATED: August 11, 2008

                _____
                Hon. Jeffrey T. Miller
                United States District Judge